

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*KT Newton*
*Direct Dial: (215) 861-8329*
*Facsimile: (215) 861- 8618*
*E-mail Address:  kt.newton@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

September 20, 2021

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    <u>United States v. Wasim Shazad</u>
               Magistrate No.  21-1417

Dear Clerk:

     Please unimpound the Complaint and Warrant in regard to the above-captioned case.  The Complaint was filed on September 10, 2021.

                                          Very truly yours,

                                          JENNIFER ARBITTIER WILLIAMS
                                          Acting United States Attorney


                                           /s/ KT Newton
                                          KT NEWTON
                                          Assistant United States Attorney