Waiver of Indictment

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :

    v.  :  CRIMINAL NO. 21-477

WASIM SHAZAD  :

Wasim Shazad, the above named defendant, who is accused of violating 18 U.S.C. §§ 1956(a)(3)(B), (C) (money laundering – sting – 2 counts); and 31 U.S.C. § 5324(b)(1) (failure to file record of financial transaction - 2 counts), being advised of the nature of the charges and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
WASIM SHAZAD, Defendant,

_____
WITNESS, K.T. NEWTON (AUSA)

3/9/2022
Date

_____
BRIAN J. ZEIGER, Counsel for Defendant