IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| WASIM SHAZAD | : | No. 21-477 |

**ORDER**

AND NOW, this 22nd day of May, 2023, upon the consideration of Wasim Shazad's Motion for Return of Property (Doc. No. 34), the Government's Corrected Response in Opposition (Doc. No. 46), and Mr. Shazad's Reply (Doc. No. 44), it is **ORDERED** that the Motion (Doc. No. 34) is **GRANTED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1