IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| WASIM SHAZAD | : | No. 21-477 |

### ORDER

AND NOW, this 13th day of June, 2023, upon consideration of Wasim Shazad's Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 35), the Government's Response in Opposition (Doc. No. 45), and Mr. Shazad's Reply (Doc. No. 47), and for the reasons set forth in the accompanying Memorandum Opinion, it is **ORDERED** that:

1. The Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 35) is **DENIED**.

2. No certificate of appealability will issue because reasonable jurists would not disagree with the denial of Mr. Shazad's Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 35).

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE